**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANNAMARIA M. PATTERSON,<br><br>Plaintiff,<br><br>vs.<br><br>TERRILL OUTSOURCING GROUP, LLC<br>D/B/A/ SUPERLATIVE RM,<br><br>Defendant. | Docket No: 2:15-cv-01580-MCE-DAD |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff

ANNAMARIA M. PATTERSON, through their counsel, hereby give notice that the above

captioned action is voluntarily dismissed with prejudice.

DATED: September 18, 2015

**BARSHAY SANDERS, PLLC**
By: /s Craig B. Sanders
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
*Attorneys for Plaintiff*
Our File No.: 109363

BARSHAY | SANDERS PLLC
100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530